# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COURTNEY COFFMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GRAND VIEW HEALTH FOUNDATION,** | : | |
| **LLC and GRAND VIEW HOSPITAL** | : | |
| d/b/a Grand View Health | : | **NO. 23-2073** |

## ORDER

**NOW**, this 9th day of April, 2024, upon consideration of the Defendants Grand View Hospital d/b/a Grand View Health and Grand View Health Foundation, LLC's Partial Motion for Summary Judgment (Doc. No. 22), the plaintiff's response and the defendants' reply, it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.