# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COURTNEY COFFMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GRAND VIEW HEALTH FOUNDATION,** | : | |
| **LLC and GRAND VIEW HOSPITAL** | : | |
| d/b/a Grand View Health | : | **NO. 23-2073** |

## ORDER

**NOW**, this 23rd day of September, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.